John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 820274

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-11353 | 003-0 | MARY LOUISE TOWNSEND<br>Original Check written to:<br>BIRCH TELECOM<br>P O BOX 927<br>EMPORIA, KS  66801 | 1255237 | 5.66 | 3.07 | 0.00 | 3.07 |
| 05-11715 | 001-0 | JEFFERY JOSEPH THIBODEAUX<br>Original Check written to:<br>CHEVRON CREDIT BANK, N.A.<br>2001 DIAMOND BLVD<br>P O BOX 5010 SEC 230<br>CONCORD, CA  94524-0010 | 7683658939 | 1,292.18 | 124.23 | 0.00 | 124.23 |
| 05-90984 | 006-0 | WILLARD W HOLLAND<br>Original Check written to:<br>FIRST BANK GROVETON<br>P O BOX 830<br>GROVETON, TX  75845 | 71214 | 0.00 | 384.15 | 0.00 | 384.15 |
| 07-10049 | 006-0 | MARY ELIZABETH GRANT<br>Original Check written to:<br>JEFFERSON COUNTY TAX OFFICE<br>P O BOX 2112<br>BEAUMONT, TX  77704 | 013350-000-001200-00000 | 0.00 | 536.04 | 48.24 | 584.28 |
| 07-90339 | 015-0 | RONNIE C ROWELL<br>Original Check written to:<br>NACOGDOCHES COUNTY<br>TAX COLLECTOR<br>216 WEST HOSPITAL<br>NACOGDOCHES, TX  75961 | | 0.00 | 776.09 | 162.96 | 939.05 |
| 09-90441 | 005-0 | RICHARD EPPS, SR.<br>Original Check written to:<br>CROCKETT MOBILE HOME, INC<br>1651 EAST LOOP 304<br>CROCKETT, TX  75835- | none provided | 2,437.50 | 0.00 | 90.30 | 90.30 |
| 09-90441 | 005-1 | RICHARD EPPS, SR.<br>Original Check written to:<br>CROCKETT MOBILE HOME, INC<br>1651 EAST LOOP 304<br>CROCKETT, TX  75835- | none provided | 0.00 | 62.50 | 0.00 | 62.50 |